UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MOLLY FLANIGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:11CV988  RWS |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

This matter was referred to United States Magistrate Judge Lewis Blanton for a Report and Recommendation pursuant to 28 U.S.C. § 636(b).  On August 18, 2011, the Commissioner filed a motion to dismiss based on Plaintiff's failure to exhaust her administrative remedies before filing this lawsuit.  Plaintiff does not object to the motion to dismiss.  On September 1, 2011, Judge Blanton's Report and Recommendation recommends that the Commissioner's motion be granted.

I agree with Judge Blanton's recommendation.  Therefore, I adopt the Report and Recommendation of Judge Blanton.

Accordingly,

**IT IS HEREBY ORDERED that** Defendant's motion to dismiss this case [#10] is **GRANTED**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of September, 2011.